1454

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0722.   Cincinnati Ins. Co. v. CPS Holdings, Inc.**
Cuyahoga App. No. 85967, 2006-Ohio-713.

**2006–1361.   State ex rel. Lowe v. Indus. Comm.**
Franklin App. No. 05AP–900, 2006-Ohio-2964.

**2006–1429.   Bd. of Edn. of the Columbus City Schools v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–381.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 17, 2006*

[Cite as *08/17/2006 Case Announcements #2*, 2006-Ohio-4275.]

## MOTION AND PROCEDURAL RULINGS

**2006–1478.   Adkins v. Wilson.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a petition for a